**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JONATHAN W. PAUGH,

        Plaintiff,

vs.　　　　　　　　　　　　　　　　Case No.  5:12-cv-176-J-32TBS

CENTURYLINK, INC.,

        Defendant.

## ORDER

Upon review of the plaintiff's Notice of Voluntary Dismissal (Doc. 8), this case is dismissed without prejudice.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of June, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record